Argued and submitted March 1, reversed and remanded for reconsideration
July 3, 1991

In the Matter of the Compensation of
Richard J. Fleischer, Sr., Claimant.

LIBERTY NORTHWEST INSURANCE CORP.
and St. Charles Medical Center,
*Petitioners,*

*v.*

Richard J. FLEISCHER, Sr.,
*Respondent.*

(89-06085; CA A66079)

812 P2d 856.

Stafford J. Hazelett, Portland, argued the cause and filed the brief for petitioners.

J. Michael Alexander, Salem, argued the cause for respondent. With him on the brief was Burt, Swanson, Lathen, Alexander & McCann, Salem.

Before Richardson, Presiding Judge, and Rossman and Deits, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991).